GEO. HERMAN v. CHAS. REIS, by &c.

**Evidence—Statement of Wife Not Competent Against Husband.**

The wife is not competent to testify against her husband, and her admissions or statements will not be admitted as evidence against him.

APPEAL FROM JEFFERSON CIRCUIT COURT.

February 1, 1872.

OPINION OF THE COURT BY JUDGE PETERS:

For the error of admitting incompetent evidence which was objected to, at the time, and an exception taken to the ruling of the court, the judgment must be reversed.

After appellee had been bitten, his mother, and Miss Kate Reis, his sister, went to the house of appellant and while there appellant's wife made certain statements, or admissions in relation to the dog, which appellee offered to prove by the young lady, and which tended to identify the dog, the evidence was objected to, the objections overruled, and the witness permitted to prove the statements of Mrs. Herman.

The general rule is that neither the husband, nor wife is admissible as a witness in a cause, civil or criminal, in which the other is a party—to this general rule there are certain exceptions, and qualifications, allowed from necessity of the case, but this not one of the exceptional cases. And a foratiori, if the wife is not competent to testify against or for her husband—the admissions or statements of the wife will not be admitted as evidence for, or against her husband. 2 Slarkie on Evidence, p. 46, 1 Greenleaf on Evidence, Sec. 334.

Wherefore, for the error indicated, the judgment must be reversed, and the cause remanded for a new trial, and further proceedings consistent herewith.

F. Maguire, B. Bacon, for appellant.
Jackson & Parsons, for appellees.